214 So.2d 550·

Robert Wayne BEAUREGARD

v.

Virgil L. SALMON et al.

No. 49424.

Oct. 15, 1968.

In re: Virgil L. Salmon and Grain Dealers Mutual Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 211 So.2d 732.

Writ refused. On the facts found by the Court of Appeal there is no error of law in the judgment.